UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| JET PRESSURE WASHERS, LTD., | § | 11-32090-H3-11 |
| | § | |
| DEBTOR | § | Chapter 11 |

**EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

COMES NOW JET PRESSURE WASHSERS, LTD., Debtor, and files this its Emergency Motion for Authority to Use Cash Collateral, and in support thereof would respectfully state as follows:

1. Movant is the Debtor and Debtor in Possession herein.

2. Commercial Credit Group asserts a security interest in all of Debtor's accounts receivable and inventory to secure indebtedness owed it by Debtor.

3. Debtor needs to continue its business herein in order to be able to propose a plan of reorganization.

4. Debtor has no alternative borrowing source and to remain in business must be permitted to use its funds collected from normal business operations to pay its employees, insurance, utilities, and to pay for necessary repairs, maintenance and office expenses.

5. This motion is an emergency motion under Bankruptcy Rule 4001(b)(2). Pending a final hearing on the relief requested by this motion, the Debtor needs to use the cash collateral to avoid immediate and irreparable harm to the estate in that absent such use the Debtor would be required to cease operations.

6. The cash collateral at issue herein is in effect the funds collected from normal business operations generated monthly, with an average collateral value of approximately

$30,000.00 per month.  Debtor is requesting authorization for use of cash collateral for 14 days in the amount of $15,000.00.  Obviously, Debtor consents to giving Commercial Credit Group a replacement lien on all of its security.

WHEREFORE, premises considered, Debtor respectfully moves this Honorable Court to authorize its use of cash collateral on an emergency basis and at a final hearing, and for such other and further relief as is just.

                                                            Respectfully submitted,


                                                              /s/ Margaret M. McClure
                                                            MARGARET M. MCCLURE
                                                            State Bar No. 00787997
                                                            2 Houston Center
                                                            909 Fannin, Suite 3810
                                                            Houston, Texas 77010
                                                            (713) 659-1333
                                                            (713) 658-0334 (fax)
                                                            margaret@mmmcclurelaw.com (e-mail)

                                                            ATTORNEY FOR DEBTOR

## JET PRESSURE WASHERS, LTD
### 14 and 30 DAY BUDGET
### CASH BASIS

|  | Day 1-14 | Day 15-30 | Total |
|---|---:|---:|---:|
| **Rental Income** | $ 15,000 | 15,000 | 30,000 |
| **Cost of Goods Sold** | | | |
| Parts & Supplies | 1,250 | 3,500 | 4,750 |
| **Total Cost of Goods Sold** | $ 1,250 | 3,500 | 4,750 |
| **Gross Profit** | $ 13,750 | 11,500 | 25,250 |
| **Operating Expenses** | | | |
| Auto Expenses - Registration | - | 78 | 78 |
| Office Expenses | - | 250 | 250 |
| Payroll Taxes | 658 | 658 | 1,317 |
| Rent - Building | 3,500 | - | 3,500 |
| Repairs | 250 | 250 | 500 |
| Sales Tax | - | 1,200 | 1,200 |
| Telephone | 308 | - | 308 |
| Utilities | 260 | - | 260 |
| Wages | 8,606 | 8,606 | 17,212 |
| **Total Operating Expenses** | $ 13,582 | 11,042 | 24,625 |
| **Net Income** | $ 168 | 458 | 625 |

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically mailed or mailed by first class mail, postage prepaid, this 4th day of March, 2011 to the following:

Mr. Judy A. Robbins
U.S. Trustee
515 Rusk, 3rd Floor
Houston, Texas 77002

Mr. Jerald Templeton
Jet Pressure Washers, Ltd.
P.O. Box 1002
La Porte, Texas 77572-1002

Mr. John Mayer                                                 Via Facsimiles: 713-623-6014
Ross, Banks, May, Cron & Cavin, P.C.
2 Riverway, Suite 700
Houston, Texas 77056-1918

ATTORNEY FOR COMMERCIAL CREDIT GROUP

Ms. Laura Huskey                                          Via Facsimile: 713-948-9331
Texas Citizens Bank
P.O. Box 7350
Pasadena, Texas 77508-7350

                                                      /s/ Margaret M. McClure
                                                      MARGARET M. MCCLURE