UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JET PRESSURE WASHERS, LTD., | § | NO. 11-32090-LZP-11 |
|     Debtor | § | Chapter 11 |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

    Commercial Credit Group Inc., a creditor and party in interest, hereby enters its appearance and requests that copies of all notices of all matters in this case and copies of any and all papers filed in this case be served upon it by e-mail to jmayer@rossbanks.com or by fax to fax number 713-626-1200 or by regular U.S. mail to 2 Riverway #700, Houston, TX 77056.  E-mail is preferred.

                        ROSS, BANKS, MAY, CRON & CAVIN, P.C.

                        By:_____
                        John Mayer
                        2 Riverway, Suite 700
                        Houston, Texas 77056
                        Phone 713-626-1200
                        Fax 713-623-6014
                        Email jmayer@rossbanks.com

                        Attorneys for Commercial Credit Group Inc.

## **CERTIFICATE OF SERVICE**

    I certify that I served  this notice of appearance upon the Debtor's attorney and all persons who have entered an appearance in this case by means of the court's CM/ECF system on March 7, 2011.

                        John Mayer