IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| JET PRESSURE WASHERS, LTD., | § | 11-32090-H3-11 |
| | § | |
| DEBTOR | § | Chapter 11 |

### NOTICE OF HEARING

**You are hereby notified** that a hearing on Debtor's Motion to Use Cash Collateral (Docket No. 3) will be held on **March 10, 2011 at 11:00 a.m.**, before the Honorable Judge Letitia Z. Paul, United States Bankruptcy Court, 515 Rusk Avenue, 4th Floor, Courtroom 401, Houston, Texas 77002.

Respectfully submitted,

/s/ Margaret M. McClure
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (fax)
margaret@mmmcclurelaw.com (e-mail)

ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed electronically or mailed by first class mail, postage prepaid, or faxed this 7th day of March, 2011 to the following:

Mr. Judy A. Robbins
U.S. Trustee
515 Rusk, 3rd Floor
Houston, Texas 77002

Mr. Jerald Templeton
Jet Pressure Washers, Ltd.
P.O. Box 1002
La Porte, Texas 77572-1002

Mr. John Mayer                                                     Via Facsimiles: 713-623-6014
Ross, Banks, May, Cron & Cavin, P.C.
2 Riverway, Suite 700
Houston, Texas 77056-1918

ATTORNEY FOR COMMERCIAL CREDIT GROUP

Ms. Laura Huskey                                           Via Facsimile: 713-948-9331
Texas Citizens Bank
P.O. Box 7350
Pasadena, Texas 77508-7350

                                                            /s/ Margaret M. McClure
                                                           MARGARET M. MCCLURE